IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S. FIDELITY AND GUARANTY COMPANY,

     Plaintiff,

  v.

N.V. HEATHORN, INC., et al.,

     Defendants.
                                /

No. 03-02156 CW

ORDER

    On October 23, 2003, the Court issued an Order Staying Claims in which the Court stayed the above-captioned case pending resolution of the State court action and the removed action, provided that those actions are promptly prosecuted.  This case is still pending before this Court.  Accordingly,

    IT IS HEREBY ORDERED that Plaintiff shall file a status report on this case by December 2, 2005, and every six months thereafter on the first of the month.

    11/22/05

Dated _____

_____
CLAUDIA WILKEN
United States District Judge