1   LEONIDOU & ROSIN
    Professional Corporation
2   Janette G. Leonidou (No. 155257)
    Deidree Y.M.K. Sakai (No. 187230)
3   777 Cuesta Drive, Suite 200
    Mountain View, CA 94040
4   Telephone: (650) 619-2888

5   Attorneys for Defendants
    N.V. HEATHORN, INC., EDWARD W. HEATHORN,
6   NORMAN T.R. HEATHORN, WENDY C. HEATHORN,
    AND DELORES E. HEATHORN

7

8

9                     IN THE UNITED STATES DISTRICT COURT

10             IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11   UNITED STATES FIDELITY &              )  Case No.: 4:03-cv-02156-CW
     GUARANTY COMPANY,                     )
12                                         )  STIPULATION TO SUBSTITUTE
                  Plaintiff,               )  ATTORNEY OF RECORD AND ORDER
13                                         )  THEREON
          vs.                              )
14                                         )
     N.V. HEATHORN, INC., et al.           )
15                                         )
                  Defendants.              )
16   _____  )

17        Defendants N.V. Heathorn, Inc., Edward W. Heathorn, Norman T.R. Heathorn, Wendy

18   C. Heathorn and Delores E. Heathorn do hereby stipulate to the following:

19        1.     That Joseph E. Thomas of Thomas, Whitelaw & Tyler, LLP may withdraw as

20   attorney of record for this matter; and

21        2.     That Janette G. Leonidou of Leonidou & Rosin Professional Corporation may

22   substitute as attorney of record for this matter.

23        SO STIPULATED:

24   I consent to this substitution.

25   Dated: 10/18/07                          N.V. HEATHORN, INC.

26

27                                           By _____
28                                             Norman T.R. Heathorn
                                               Its President

                                        1
     STIPULATION TO SUBSTITUTE ATTORNEY OR RECORD AND ORDER THEREON
     S:\ALRDOCS\30343\2\00096817.DOC

1    I consent to this substitution.

2    Dated: 10/17/07            EDWARD W. HEATHORN

3

4

5

6    I consent to this substitution.

7    Dated: 10/18/07            NORMAN T.R. HEATHORN, individually

8

9

10

11    I consent to this substitution.

12    Dated: 10/17/07            WENDY C. HEATHORN

13

14

15

16    I consent to this substitution.

17    Dated: 10/18/07            DELORES E. HEATHORN

18

19

20

21    I consent to this substitution.

22    Dated: 10/18/07            THOMAS, WHITELAW & TYLER, LLC

23

24                                   By

                                   Joseph E. Thomas

25                                    L Russell Tyler, Jr.

                                   Former Attorneys for Defendants

26                                    N.V. HEATHORN, INC., EDWARD W.

                                   HEATHORN, NORMAN T.R. HEATHORN,

27                                    WENDY C. HEATHORN, AND DELORES E.

                                   HEATHORN

28

STIPULATION TO SUBSTITUTE ATTORNEY OR RECORD AND ORDER THEREON

S:\ALRDOCS\30343\2\00096817.DOC

1    I consent to this substitution.

2    Dated: _Oct. 18, 2007_          LEONIDOU & ROSIN Professional Corporation

3

4                                    By _____

5                                       Janette G. Leonidou
                                        Deidree Y.M.K. Sakai
6                                       New Attorneys for Defendants
                                        N.V. HEATHORN, INC., EDWARD W.
7                                       HEATHORN, NORMAN T.R. HEATHORN,
                                        WENDY C. HEATHORN, AND DELORES E.
8                                       HEATHORN

9

10

11       IT IS SO ORDERED:

         10/25/07
12   Dated: _____         _____

13                                      The Honorable Claudia Wilken

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO SUBSTITUTE ATTORNEY OR RECORD AND ORDER THEREON

S:\ALRDOCS\30343\2\00096817.DOC

1                   **PROOF OF SERVICE**

2   **STATE OF CALIFORNIA, COUNTY OF ORANGE**

3          At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business
4   address is 18101 Von Karman Avenue, Suite 230, Irvine, California 92612-7132.

5          On October 18, 2007, I served the following document(s) described as
6   **STIPULATION TO SUBSTITUTE ATTORNEY OF RECORD AND ORDER THEREON** on the interested parties in this action as follows:

7   Janette G. Leonidou, Esq.
    Deidree Sakai, Esq.
8   LEONIDOU & ROSIN
    5 Thomas Mellon Circle, Suite 205
9   San Francisco, CA 94134

10   N.V. Heathorn, Inc.
    Norman T.R. Heathorn
11   Delores E. Heathorn
    Edward W. Heathorn
12   Wendy C. Heathorn
    1155 Beecher Street
13   San Leandro, CA 94577

14   Marilyn Klinger, Esq.
    SEDGWICK DETERT MORAN &
15   ARNOLD
    801 South Figueroa Street, 18th floor
16   Los Angeles, CA 90017-5556

17   **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for
18   collection and mailing, following our ordinary business practices. I am readily familiar with Thomas Whitelaw & Tyler's practice for collecting and processing
19   correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the
20   United States Postal Service, in a sealed envelope with postage fully prepaid.

21          I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office
22   of a member of the bar of this Court at whose direction the service was made.

23       Executed on October 18, 2007, at Irvine, California.

24

25                    /s/ Caryn S. Wolchuck
                  Caryn S. Wolchuck, PP, PLS, CPS/CAP
26

27

28