SEDGWICK, DETERT, MORAN & ARNOLD LLP
MARILYN KLINGER Bar No. 83508
JANET NALBANDYAN Bar No. 235154
801 South Figueroa Street, 18th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921
email: marilyn.klinger@sdma.com
　　　janet.nalbandyan@sdma.com
Attorneys for UNITED STATES FIDELITY AND
GUARANTY COMPANY


LEONIDOU & ROSIN PROFESSIONAL
CORPORATION
JANETTE LEONIDOU
DEIDREE Y.M.K. SAKAI
C. ANDREW GIBSON
777 Cuesta Drive, Suite 200
Mt. View, California 94040
Telephone: 650 691 2888
Facsimile: 650 691 2889
email: jleonidou@alr-law.com
　　　dsakai@alr-law.com
Attorneys for N.V. HEATHORN, INC., NORMAN
T. R. HEATHORN, DELORES E. HEATHORN,
EDWARD W. HEATHORN, WENDY C. HEATHORN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>　　Plaintiffs,<br><br>　v.<br><br>N.V. HEATHORN, INC., a California Corporation; NORMAN T. R. HEATHORN, an individual; DELORES E. HEATHORN, a/k/a DOLORES E. HEATHORN, an individual; EDWARD W. HEATHORN, an individual; WENDY C. HEATHORN, an individual; and DOES 1 through 100, inclusive,<br><br>　　Defendants. | CASE NO. 03-02156 CW<br><br>**JOINT DECLARATION RE STATUS OF STATE COURT ACTION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE,** ~~PROPOSED ORDER~~<br><br><br>JUDGE: Hon. Claudia Wilken |

-1-
JOINT DECLARATION AND REQUEST FOR CONTINUANCE, [PROPOSED] ORDER

Plaintiff United States Fidelity and Guaranty Company ("USF&G") and defendants N.V. Heathorn, Inc., Norman T.R. Heathorn, Delores E. Heathorn, Edward W. Heathorn, and Wendy C. Heathorn (collectively "Heathorns") jointly submit this Joint Declaration and Request regarding the filing of USF&G's motion to assign the state court case to a department, Heathorn and USF&G's (jointly refereed to as "the Parties") submission of this case to mediation, and the Parties' request that this Court continue the January 8, 2008 Case Management Conference until after the Parties have completed mediation on March 10, 2008 before mediator Randall Wulff.

At the November 8, 2007 case management conference in this case, this Court informed the Parties that the Court did not approve of the Parties' agreement to place the state court case "on hold" pending the outcome of mediation. The Court instructed the Parties to move the state court case along, either by requesting that the state court assign the case to a department or by completing mediation earlier than the currently-scheduled March 10, 2008 mediation date.

In compliance with this Court's instructions, USF&G has filed a motion in the state court to assign the state-court case to Department 19, the Honorable Stephen Dombrink presiding. Judge Dombrink presided over the 2005 state court trial in this case. Heathorns have reserved their rights to, and intend to, object to assigning the case to Department 19.

The Parties have also contacted Mr. Wulff's office and requested notification of any cancellations in Mr. Wulff's mediation calendar that would enable the Parties to mediate this case prior to the currently-scheduled March 10, 2008 mediation date. Should the Parties complete mediation prior to March 10, 2008, the Parties will immediately notify this Court.

Based on the foregoing, the Parties respectfully request that this Court continue the Case Management Conference currently scheduled for January 8, 2008 until after March 10, 2008.

DATED: December 17, 2007

_____
Marilyn Klinger
Janet Nalbandyan
Sedgwick, Detert, Moran & Arnold, LLP
Attorneys for Plaintiff United States Fidelity and
Guaranty Company

DATED: December 17, 2007

_____
Janette Leonidou
Deidree Y.M.K. Sakai
C. Andrew Gibson
Leonidou & Rosin
Attorneys for Defendants N.V. Heathorn, Inc.,
Norman T.R. Heathorn, Delores E. Heathorn,
Edward W. Heathorn, and Wendy C. Heathorn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>N.V. HEATHORN, INC., a California Corporation; NORMAN T. R. HEATHORN, an individual; DELORES E. HEATHORN, a/k/a DOLORES E. HEATHORN, an individual; EDWARD W. HEATHORN, an individual; WENDY C. HEATHORN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 03-02156 CW<br><br>~~[PROPOSED]~~ ORDER<br><br>JUDGE: Hon. Claudia Wilken |

Having read and considered the Parties' joint declaration, the Court hereby Orders as follows:

The Case Management Conference is continued from January 8, 2008 to March 18, 2008. The parties are ordered to comply with this Order. In addition, the Court orders: an updated Case Management Statement will be due one week prior to conference.

DATED: December 21, 2007

_____
United States District Judge

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 19th Floor, Los Angeles, California 90017-5556. On December 17, 2007, I served the within document(s):

**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**

- ☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.
- ☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.
- ☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.
- ☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| JANETTE LEONIDOU, ESQ.<br>DEIDREE Y.M.K. SAKAI, ESQ.<br>C. ANDREW GIBSON, ESQ.<br>LEONIDOU & ROSIN<br>PROFESSIONAL CORPORATION<br>5 Thomas Mellon Circle, Suite 205<br>San Francisco, CA 94134<br>Telephone: (415) 715-2860<br>Facsimile: (415) 715-2870 | Attorneys for N.V. HEATHORN, INC., NORMAN T. R. HEATHORN, DELORES E. HEATHORN, EDWARD W. HEATHORN, WENDY C. HEATHORN |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 17, 2007, at Los Angeles, California.

_____
Lisa C. Posso

LA/714920v1