UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>N.V. HEATHORN, INC., a California Corporation; NORMAN T. R. HEATHORN, an individual; DELORES E. HEATHORN, a/k/a DOLORES E. HEATHORN, an individual; EDWARD W. HEATHORN, an individual; WENDY C. HEATHORN, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO. 03-02156 CW<br><br>[Hon. Claudia Wilken, Ctrm. 2]<br><br>**ORDER RE DISMISSAL WITH PREJUDICE** |
|---|---|

　　　Pursuant to the stipulation of the parties, by and through their respective attorneys of record:

　　　IT IS HEREBY ORDERED that the above-captioned action is dismissed its entirety, with prejudice. Each party is to bear its own costs and attorneys fees.

Dated: 10/7/08　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge